UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN GODINEZ, ET AL.,

                Plaintiffs,

- against -

BEST WINGERS LLC, ET AL.,

                Defendants.

16-cv-6434 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court has reviewed the Report and Recommendation of Magistrate Judge Aaron dated February 21, 2018. There were no objections to the Report and Recommendation and the time for such objections has passed. Moreover, the Report and Recommendation is thorough and well-reasoned and should be adopted.

Therefore, the Clerk is directed to enter judgment in accordance with the Report. Specifically, the Clerk is directed to enter judgment in favor of the Plaintiff Godinez and against the defendants in the amount of $108,699.75, together with interest at the rate of 9% per annum calculated on $55,235.50 from July 13, 2013 to the date judgment is entered, together with $4,705.00 in attorney's fees and costs.

The Clerk is also directed to close this case.

SO ORDERED.

Dated:    New York, New York
          March 14, 2018

                                              John G. Koeltl
                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 3/14/18